UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------X
EUGENIA SPENCER,

                                                 05 CIV 4701 (NG)

                Plaintiff,

    -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK, UNITED FEDERATION OF
TEACHERS, ILYSSA MANDELL, in her
individual capacity, JAMES E. PHILEMY,
in his individual capacity,

                Defendants.
------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, by her undersigned counsel, dismisses without prejudice the above-captioned action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                        LAW OFFICES OF DAN CHERNER
                                        350 Broadway Suite 1204
                                        New York, New York 10013
                                        (212) 343-3211

Dated:  January 16, 2006
        New York, New York